IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AGUSTIN ZAMUDIO,

    Plaintiff,

      v.

J. HASKINS
Nurse, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-5335-TWT

**ORDER**

     This is a pro se prisoner civil rights action. It is before the Court on the Report
and Recommendation [Doc. 12] of the Magistrate Judge recommending that the action
be dismissed because it was filed after the expiration of the two year statute of
limitations. As set forth in the thorough and well-reasoned Report and
Recommendation, there are no grounds here for equitable tolling of the statute of
limitations. The Court approves and adopts the Report and Recommendation as the
judgment of the Court. This action is DISMISSED.

SO ORDERED, this 30 day of July, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge